TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK  99513-7567
(907)271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A04-026 CR (RRB) |
| ) | |
| Plaintiff, ) | COUNT 1: |
| ) | ATTEMPTED POSSESSION |
| vs. ) | WITH INTENT TO DISTRIBUTE |
| ) | A CONTROLLED SUBSTANCE |
| STACY DEMETRIUS HUNT, a.k.a. ) | Vio. 21 U.S.C. §§ 846 & 841(b)(1)(B) |
| Mario DeSean McCoy, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

Beginning at some exact time unknown but at least on or about January 28, 2004, in the District of Alaska, the defendant, STACY DEMETRIUS HUNT, a.k.a. Mario DeSean

Stacy Demetrius Hunt
Indictment

McCoy, did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, all of which is in violation of Title 21 United States Code Sections 846 and 841(b)(1)(B).

A TRUE BILL.

REDACTED SIGNATURE

GRAND JURY FOREPERSON

*[signature]*
STEPHAN A. COLLINS
Assistant U.S. Attorney

REDACTED SIGNATURE

TIMOTHY M. BURGESS
United States Attorney

DATED: 2/17/04