NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>STACY DEMETRIUS  HUNT,  )<br>  )<br>           Defendant.  )<br>  )<br>  ) | Case No. 3:04-cr-00026-RRB-JDR<br><br>STATUS REPORT PURSUANT TO<br>COURT'S ORDER |

COMES NOW the United States Attorney's Office, by and through counsel, pursuant to the court's order hereby reports that this action is not resolved and the above-named defendant remains a fugitive.

Accordingly, the warrant of arrest should remain outstanding.

   RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

            NELSON P. COHEN
            United States Attorney

            s/ Stephan A. Collins
            STEPHAN A. COLLINS
            Assistant U.S. Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Avenue, #9
            Anchorage, Alaska  99513-7567
            Phone: (907) 271-5071
            Fax: (907) 271-1500
            email: stephan.collins@usdoj.gov