RECEIVED
JUL 0 2 2008

STATE OF CALIFORNIA

NOTICE AND DEMAND FOR TRIAL +

CDC 643 (8/93)   SPEEDY TRIAL DEMAND, U.S. CONSTITUTION 6th Amendment

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DEPARTMENT OF CORRECTIONS

3:04-cr-00026-RRB-JDR
ALASKA

TO THE DISTRICT ATTORNEY/U.S. ATTORNEY, ANCHORAGE COUNTY, State of California:

Please take notice that I, STACY HUNT (PRINT NAME IN FULL), Inmate # J44298

of AVENAL (NAME OF FACILITY WHERE INCARCERATED), was convicted of the crime of N/A

in _____ County, CALIFORNIA (STATE), and was sentenced by said

on or about _____, 19____ to a term of _____

with a Tentative Release Date / Minimum Eligible Parole Date of _____

I have reason to believe that the following criminal action is now pending against me in Anchorage County.

CHARGES: ANY charged/uncharged Pending   WARRANT #: UNKNOWN

COURT (Location): Anchorage District   ARRESTING AGENCY: DOJ

I HEREBY DEMAND A HEARING AND TRIAL OF SAID CRIMINAL ACTION AS PRESCRIBED BY SECTION 1381 OF THE CALIFORNIA PENAL CODE. + U.S. Constitution 6th Amendment

DOB Redacted

| SEX | RACE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|
| M | BlACK | 6'0 | 240 | BlACK | BROWN |

ESS WHERE INCARCERATED    OTHER NAMES (Aliases) USED:

ASP- P.O. BOX 9
AVENAL, CA. 93204

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

INMATE'S SIGNATURE  Stacy Hunt   DATE 6-27-08   CII NUMBER:

THIS PORTION IS TO BE DETACHED BY THE DISTRICT ATTORNEY'S OFFICE AND RETURNED TO THE CASE RECORDS OFFICE OF THE FACILITY WHERE INMATE IS INCARCERATED.

I, _____ District Attorney of the

County of _____, State of California, do hereby acknowledge receipt

of NOTICE AND DEMAND FOR TRIAL, dated _____, by _____

Inmate # _____, of _____

DISTRICT ATTORNEY    STATE OF CALIFORNIA, COUNTY OF    DATE

RECEIPT TO BE RETURNED TO:   CASE RECORDS OFFICE

NAME OF FACILITY: _____

ADDRESS: _____

RECEIVED

JUL 0 2 2008

STACY HUNT _____ (your name)
J44298 _____ (CDC #)
P.O. Box ~~~~ 9
AVENAL, CA ~~~~ 93204
In Pro per

CLERK, U.S. ____ COURT
ANCHORAGE, A.K.

3:04-cr-00026-RRB-JDR

                                    )    CASE NO. UNKNOWN
                                    )
_____  )    **PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the state of California. I'm incarcerated in a California Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:**

NOTICE AND DEMAND
FOR SPEEDY TRIAL, U.S. CONSTITUTION 6th Amendment

**PARTIES SERVED:**

U.S. ATTORNEY                          U.S. DISTRICT COURT
222 W 7th AVE                          222 W 7th AVE

ANCHORAGE, AK. 99501                   ANCHORAGE, AK. 99501

I declare under penalty of perjury the above statements are true and correct. This document
                                                                    AVENAL
executed on the __29th__ Day of __JUNE__ 200_8_, in the city of ~~Stacy~~,
~~San Diego County~~, California. By: __STACY HUNT__        print your name
KERN

SIGNED: _Stacy Hunt_

049,82.2E

$ 00.89

06/30.00

Mailed From 9
US POSTA

neopost



LEGAL MAIL

JUN 3 0 2008

AVENAL STATE PRISON
MAILROOM

STACY HUNT J449298
ASP- P.O. BOX 9
AVENAL, CA. 93204

520-SOL

Confidential

Federal Court Clerk
222 w. 7Th AVE
Anchorage, Alaska
99501