NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:04-CR-00026 (RRB) |
| ) | |
| STACY HUNT, ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

STACY HUNT, Inmate # J44298, who is imprisoned by the State of California, Department of Corrections, at Avenal State Penitentiary, Avenal, California, is a defendant in a certain cause now pending before this court, to wit: United States of America v. STACY HUNT, Case No. 3:04-CR-00026 (RRB), which is necessary to schedule an arraignment/initial appearance on an indictment.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of California, Department of Corrections to bring the said defendant before the court in Anchorage, California for the hearing, as well as further proceedings, and to be returned to the State of California, Department of Corrections.

RESPECTFULLY SUBMITTED this day, July 7, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Stephan A. Collins
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: stephan.collins@usdoj.gov
        AK # 8911061