IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:04-CR-00026 (RRB) |
| STACY HUNT , ) | |
| ) | WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

State of California Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of STACY HUNT, Inmate #

J44298, by you imprisoned and detained as it is said, at Avenal State Penitentiary,

Avenal, California, under safe and secure conduct, before the Judge of our District

Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling

an arraignment/initial appearance on an indictment, and other proceedings as the

Court may desire, thereafter and as necessary in <u>United States v. STACY HUNT</u>,

Case No. 3:04-CR-00026 (RRB), now pending before said Court, and that you

return said person to the State of California, Department of Corrections, as soon as

the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the

Court directs.

WITNESS the Honorable Judge of the United States District Court of

the District of Alaska, at the Federal Building and U.S. Courthouse in the City of

Anchorage, Alaska on this _____ day of _____,_____.


IDA ROMACK
CLERK, U.S. DISTRICT COURT


By: _____
        DEPUTY CLERK