IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>STACY HUNT,<br><br>On Writ of Habeas Corpus | ) Case No. 3:04-cr-026-RRB-JDR<br>)<br>) <u>ORDER FOR ISSUANCE OF WRIT</u><br>) <u>OF HABEAS CORPUS AD</u><br>) <u>PROSEQUENDUM</u><br>)<br>) |

    On the Petition of Stephan A. Collins, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of California, Department of Corrections to bring STACY HUNT, Inmate # J44298, now being held at Avenal State Penitentiary, Avenal, California, before this Court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. STACY HUNT, Case No. 3:04-CR-00026 (RRB), for the scheduling of an arraignment/initial appearance in Anchorage, Alaska on an indictment and such other proceedings as the Court may desire, said person to be returned to the said State of California, Department of Corrections, soon as the case is disposed of.

    DATED this 7th day of July, 2008, at Anchorage, Alaska.

                                         /s/ John D. Roberts
                                        JOHN D. ROBERTS
                                        U. S. MAGISTRATE JUDGE