# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
JUL 10 2008

| UNITED STATES OF AMERICA | WARRANT FOR ARREST Anchorage, A.K. |
|---|---|
| V. | CASE NUMBER: A04-0026 CR (RRB) |
| STACY DEMETRIUS HUNT aka Mario DeSean McCoy | |

FID # K/AK 832/57
WARRANT # 0406-0220-0264-Z
Entered NCIC 2/20/04
Entered APSIN
Removed NCIC
Removed APSIN

To:   The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest STACY DEMETRIUS HUNT and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Attempted possession with intent to distribute a controlled substance

in violation of Title 21 United States Code, Section(s) 846, 841(b)(1)(B)

| Michael Hall | Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| by   Signature Redacted   Deputy Clerk | February 20, 2004 at Anchorage, AK |
| Signature of Issuing Officer | Date and Location |
| Bail Fixed at $ TO BE DETERMINED | by  HARRY BRANSON |

## EXECUTED ON WRIT

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

OAKLAND, CA

| DATE RECEIVED 2/20/2004 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 07/10/2008 | OAKLAND PD, CA | For R. Snyder |