MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>STACY HUNT</u>          CASE NO. <u>3:04-CR-00026-01 RRB-JDR</u>
Defendant: <u>X</u> Present   <u>X</u> In Custody

BEFORE THE HONORABLE:      <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:     <u>LYNN GROVES-KELLEY/FAIRBANKS</u>
                          <u>ALEXIS GUTIERREZ/ANCHORAGE</u>

UNITED STATES' ATTORNEY:   <u>CRANDON RANDELL</u>

DEFENDANT'S ATTORNEY:      <u>KEVIN MCCOY, FRIEND OF COURT/APPOINTED</u>

U.S.P.O.:                  <u>PAULA MCCORMICK</u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT via VIDEO CONFERENCE
                                        HEARING HELD: 08/08/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

<u>X</u> Copy of Indictment given to defendant: read.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights, charges and penalties.

<u>x</u> Defendant stated true name: <u>STACY DEMITRIUS HUNT</u>

<u>X</u> Financial Affidavit **FILED.**

<u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> PLEA(S): <u>Defendant advised court of his intent to plead guilty. Court entered not guilty plea on behalf of defendant to preserve rights.</u>

<u>X</u> Defendant detained.

<u>X</u> OTHER: <u>Court advised parties that pretrial dates will not be set at this time due to defendant's intention to plead guilty. Case referred to Judge Ralph R. Beistline to set on a change of plea if defendant wants to go forward with that.</u>

At 10:57 a.m. court adjourned.

DATE: <u>August 8, 2008</u>     DEPUTY CLERK'S INITIALS: <u>LGK</u>

Revised 6-18-07