Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>STACY DEMETRIUS HUNT,<br>*also known as*<br>Mario DeSean McCoy,<br><br>                Defendant. | NO. 3:04-cr-00026-RRB<br><br>**STATUS REPORT** |

       Stacy Hunt submits this status report in response to the this court's order at Docket No. 15. Mr. Hunt remains interested in entering a guilty plea. However, he asks that the court not schedule a change of plea hearing until he files a written notice of intent to change plea. In the meantime, it would be appropriate for the court to calendar this matter for trial and establish a motions date.

DATED at Anchorage, Alaska this 20th day of August 2008.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 20, 2008,
a copy of the *Status Report* was served
electronically on:

Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: Stephan.Collins@usdoj.gov

/s/Kevin F. McCoy