Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>STACY DEMETRIUS HUNT,<br>*also known as*<br>Mario DeSean McCoy,<br><br>                    Defendant. | NO. 3:04-cr-00026-RRB<br><br>**NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |

      Kevin F. McCoy hereby notifies the Court that he is no longer an active participant in *United States v. Stacy Demetrius Hunt*, Case No. 3:04-cr-00026-RRB, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

      DATED at Anchorage, Alaska this 26th day of August 2008.

      Respectfully submitted,

      /s/Kevin F. McCoy
      Assistant Federal Defender
      601 West Fifth Avenue, Suite 800
      Anchorage, AK 99501
      Phone:      907-646-3400
      Fax:         907-646-3480
      E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on August 26, 2008,
a copy of the *Notice to Discontinue*
*Electronic Service* was served electronically
on:

Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: Stephan.Collins@usdoj.gov

/s/Kevin F. McCoy