Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>STACY DEMETRIUS HUNT,<br><br>          Defendant. | Case No. 3:04-cr-0026-RRB-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE**<br><br>*Filed on Shortened Time* |

Defendant STACY DEMETRIUS HUNT, through counsel Michael D. Dieni, Assistant Federal Defender, moves this court for a one-week extension of time to file pretrial motions.  Pretrial motions are currently due today, September 12, 2008.  In order to further negotiations, provide effective assistance of counsel, and preserve Mr. Hunt's Fourth, Fifth, and Sixth Amendment constitutional rights, counsel requests an additional week in which to file pretrial motions in this matter.

Assistant U.S. Attorney Stephan Collins does not oppose this request.

DATED this 12th day of September 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on September 12, 2008, a copy of the *Unopposed Motion to Continue Pretrial Motions Deadline, Filed on Shortened Time*, was served electronically on:

Stephan A. Collins, Esq.

/s/ Michael D. Dieni