UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STACY DEMETRIUS HUNT,<br><br>        Defendant. | Case No. 3:04-cr-0026-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Unopposed Motion to Continue Pretrial Motions Deadline, Filed on Shortened Time, the court GRANTS the motion.

IT IS HEREBY ORDERED that the deadline for Stacy Hunt to file his pretrial motions is continued from September 12, 2008, to _____, 2008.

DATED  September _____, 2008, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE